ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MARK M. ROSS, )
 )
    Petitioner, )
 )
v. ) CV 312-025
 )
WALT WELLS, Warden, CI McRae, )
 )
    Respondent. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 7). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition filed pursuant to § 2241 is **DISMISSED** without prejudice based on Petitioner's failure to exhaust administrative remedies, and Petitioner's "Motion for Expedited Treatment" (doc. no. 3) is **DENIED** as **MOOT**.[1]

SO ORDERED this 26th day of April, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Having considered the Magistrate Judge's Report and Recommendation and Petitioner's objections, Petitioner's motion for expedited consideration of those objections is accordingly **DENIED** as **MOOT**. (Doc. no. 6.)